IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAUN PATRICK AUSTIN,           :
         Plaintiff,           :           1:18-cv-1949
                              :
v.                              :           Hon. John E. Jones III
                              :
C.O. HAMMERS, *et al.*,         :
         Defendants.          :

## ORDER

**August 3, 2020**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 38) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 38) to dismiss is GRANTED.

2. The Amended Complaint (Doc. 37) is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                  s/ John E. Jones III
                                                  John E. Jones III, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania